IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEX ADOLFO CARBALLO RECINOS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT GUADIAN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cv-2643 (LMB/WBP) |

ORDER

On August 18, 2026, petitioner Alex Adolfo Carballo Recinos ("petitioner"), a native and citizen of Honduras who first entered the United States in 2022, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he has been unlawfully detained by the respondents. See generally, [Dkt. No. 1]. Petitioner has also filed a Motion for Temporary Restraining Order Related to 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus ("Motion"), which asks the Court for a temporary restraining order "to preserve the status quo and prevent irreparable harm pending adjudication of his underlying habeas corpus petition." [Dkt. No. 2] at ¶ 1. It appears to this Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2).

The Petition further alleges that petitioner was detained on August 12, 2026 by ICE agents at a gas station in Manassas, Virginia, and was subsequently taken into custody at the Caroline Detention Center. [Dkt. No. 1] at ¶ 3. As of August 17, 2026, petitioner was located in the Caroline Detention Center; however, on August 18, 2026, when petitioner's counsel filed his

petition, ICE's Online Detainee Locator System showed that petitioner was still in ICE custody, but that his location was unknown. Id.; see also [Dkt. No. 1-1] at 3. Petitioner's counsel also stated that he "made diligent efforts to contact ICE . . . to no avail." [Dkt. No. 1] at ¶ 3. As of August 19, 2026, ICE's Online Detainee Locator System now shows that petitioner is located at the Port Isabel Service Processing Center in Los Fresnos, Texas. Petitioner nevertheless argues that this Court should retain jurisdiction over his Petition because of the unknown custodian exception articulated by the Fourth Circuit in Suri v. Trump, which states that "[w]hen a detainee is held in a secret location," jurisdiction is "proper in [the petitioner's] last-known location, and the only place his attorney reasonable could have filed[.]" 2026 WL 2123537, at *7-9 (4th Cir. July 23, 2026). [Dkt. No. 1] at ¶¶ 9-10. Based on these representations, the Court finds that Suri's unknown custodian exception applies. Accordingly, petitioner's Motion, [Dkt. No. 2], is GRANTED; and it is hereby

ORDERED that respondents immediately arrange for return of petitioner to this jurisdiction by no later than 5:00 pm on Friday, August 21, 2026; and it is further

ORDERED upon returning petitioner to this district, respondents be and are ENJOINED from removing or transferring petitioner from this district for any reason without this Court's permission; and it is further

ORDERED that on or before 5:00 PM on August 25, 2026, respondents file either a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in Ceba Cinta v. Noem, et al., 1:25-cv-1818 (E.D. Va.), or an Opposition to the Petition discussing the material differences between Ceba Cinta and this Petition; and it is further

ORDERED that if respondents file a Notice that there are no material differences between this Petition and Ceba Cinta, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties; and it is further

ORDERED that if respondents file an Opposition to the Petition, petitioner shall file any reply in further support of the Petition on or before 5:00 PM on August 31, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 19th day of August, 2026.

Alexandria, Virginia

/s/ LMB

Leonie M. Brinkema
United States District Judge